# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 22, 2023

**By the Court:**

| | |
|---|---|
| PARENTS PROTECTING OUR CHILDREN, UA, <br>     Plaintiff-Appellant, <br><br> No. 23-1534      v. <br><br> EAU CLAIRE AREA SCHOOL DISTRICT, WISCONSIN, et al., <br>     Defendants-Appellees. | ] Appeal from the United <br> ] States District Court for <br> ] the Western District of <br> ] Wisconsin. <br> ] <br> ] No. 3:22-cv-00508-slc <br> ] <br> ] Stephen L. Crocker, <br> ]    Magistrate Judge. |

**O R D E R**

    Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning appellate jurisdiction. Among other things, if the case is a direct appeal from the decision of a magistrate judge, the docketing statement must provide the dates on which each party consented in writing to the entry of final judgment by the magistrate judge.

    In the present case, a magistrate judge issued the final judgment from which appellant appeals. However, appellant's Circuit Rule 3(c) docketing statement fails to set forth the dates on which the parties consented in writing to proceed before a magistrate judge. This information must be provided. Accordingly,

    IT IS ORDERED that appellant file a complete statement of jurisdiction that includes the date of consent of all parties. The statement is due on or before March 29, 2023.