# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 7, 2024

Before
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 23-1534 | PARENTS PROTECTING OUR CHILDREN, UA,<br>Plaintiff - Appellant<br><br>v.<br><br>EAU CLAIRE AREA SCHOOL DISTRICT, WISCONSIN, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-00508-slc<br>Western District of Wisconsin<br>Magistrate Judge Stephen L. Crocker | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)